UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 5:22-cv-00300-SB-SHK | Date: | February 23, 2022 |
|---|---|---|---|

| Title: | *Priscilla Luna et al. v. P & M Healthcare Holdings, Inc. d/b/a Rancho Mesa Care Center et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **AMENDED ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

On February 18, 2022, the Court issued an order to show cause (OSC) why this matter should not be remanded to state court in light of the reasoning in two decisions by this Court addressing similar questions of federal jurisdiction. Dkt. No. 10.

On February 22, 2022, the Ninth Circuit issued its ruling in *Saldana v. Glenhaven Healthcare LLC*, 2022 WL 518989 (9th Cir. Feb. 22, 2022), a case with striking similarities to this one. The Ninth Circuit affirmed the district court's decision to remand a case where the plaintiff brought state-law claims for wrongful death, negligence, and elder abuse and the defendants removed the case to federal court, contending that federal question jurisdiction existed because the plaintiff's claims arose under a federal statute—the Public Readiness and Emergency Preparedness (PREP) Act—which completely preempted the plaintiff's state-law claims. *Id.* at *2, *6. The Ninth Circuit rejected the defendants' argument and held that the PREP Act is not a complete preemption statute under the two-part test

set forth in *City of Oakland v. BP PLC*, 969 F.3d 895, 906 (9th Cir. 2020).  The Ninth Circuit also found that there was no embedded federal question implicated by the plaintiff's complaint or federal-officer jurisdiction.  *Id.* at *6.

Defendants' written response to the OSC remains due not later than **March 4, 2022**.  However, Defendants should now include in their response why this matter should not be remanded to state court in light of *Saldana*.  Defendants' response to this OSC may not exceed 20 pages in length.

**IT IS SO ORDERED**.