UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 5:22-cv-00300-SB-SHK | Date: | April 8, 2022 |
|---|---|---|---|

| Title: | *Priscilla Luna et al. v. P & M Healthcare Holdings, Inc. d/b/a Rancho Mesa Care Center et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | Rita R. Kanno |

**Proceedings:** [Minutes] ORDER TO SHOW CAUSE RE: SANCTIONS

Case called and appearance made. Ms. Kanno appears sincere in her apology for having failed to cite the Ninth Circuit's recent decision in *Saldana v. Glenhaven Healthcare LLC*, 2022 WL 518989 (9th Cir. Feb. 22, 2022)—a case in which she was counsel of record—in Defendants' motion for a stay of the remand order, while relying on the district court opinion in that case. Ms. Kanno confirmed that she recognized that her failure to cite the Ninth Circuit's decision in *Saldana* was improper. In light of Ms. Kanno's recognition of the serious nature of her error, and given her commitment not to make any similar error in the future, the Court elects not to impose monetary sanctions against her. Instead, the Court finds it sufficient to admonish Ms. Kanno for her lack of candor in failing to disclose the subsequent history in *Saldana*. The order to show cause re: sanctions is hereby **discharged**.

**IT IS SO ORDERED.**

:13